

FILED BY _____ D.C.

FEB 09 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                      Case No: 1:12-20544-CR-MORENO

OCTAVIUS YOUNG,

    Defendant.

\*     \*     \*     \*     \*     \*

Emergency Motion For Compassionate Release
Pursuant to §3582(c) or Judicial Recommendation
For Transfer To Home Confinement Pursuant To §3621(b)(4)(B)

COMES NOW, Octavius Young, pro se in the above styled action, and files this motion for compassionate release, reduction in sentence pursuant to §3582(c) or, in the alternative, a Judicial Recommendation for transfer to home confinement as permitted in §3621(b)(4)(B).

Petitioner Young pleads with this Honorable Court to consider the arguments of fact and law presented herein. To wit:

①

① The Petitioner has contracted COVID-19;

② the Petitioner was denied transfer to home confinement pursuant to the BOP's expanded authority under the CARES Act even though dozens of similarly-situated inmates received relief;

③ the staff at Miami Federal prison Camp has exhibited deliberate indifference to the Petitioner's health by failing to protect him from COVID-19 and refusing to actively treat his infection;

④ Petitioner has had his 8th and 14th Amendment rights violated By the above;

⑤ Short of pursuing an extraordinary writ of habeas corpus pursuant to § 2241 to remedy these Constitutional violations, Petitioner seeks a reduction in sentence or transfer to home confinement; and

⑥ Young's January 12th, 2021 request to the warden for Compassionate

②

release was sufficient to trigger the 30 day clock contained in the statute.

Petitioner also respectfully invokes the rule established in Haines v. Kerner, 404 U.S. 519 (1972)(holding pro se litigants to less stringent pleading requirements). Also see Estelle v. Gamble, 428 U.S., 106 (1976). Mr. Young appreciates the accomodation of the Court.

## BACKGROUND

On December 12th, 2012, Octavius Young sentenced to a term of imprisonment of 180 months (15 years) to be followed by 5 years of supervised release. He was convicted of the charges 18:922(G), 922(G)(1) and 924(E)(1). As of the drafting of this motion, Young has served 8 and 1/2 years (over 66% of his statutory sentence) and he is scheduled to be released to RRC on April 24th, 2024.

During Mr. Young's incarceration, he has programmed extensively, maintained a work detail of responsibility and trust in food services and avoided disciplinary infractions. The Petitioner has taken every opportunity to self-rehabilitate while encarcerated. He is involved in his religious community on camp, and looks forward

③

to carrying over those improved morals and ideals while reentering his community. He is, quite simply, a more mature, repentant and humble man who is utterly unlike the foolish young adult who first came to prison. (See attached Exhibits).

As the novel coronavirus pandemic spread like wildfire across the country — across the world — the population of Miami Federal Prison Camp (where the Petitioner is housed) was miraculously spared.

During this time, the Petitioner watched dozens of men be released on furlough and/or to home confinement based on a constantly shifting set of "criteria." Many of these men had similar charges, similar sentences and even more time "to the door." All these men were sent to the safety of their homes while young waited. Prison has taught him patience, and after 8 long years a few more months seemed like no big deal. Indeed, he was even given a home confinement date -- only to have it "pulled."

Yes - after watching these other inmates, all similarly situated, go home, he had to call his family and let them know that he was no longer coming home to avoid the scurge of COVID-19;

(4)

ostensibly because he "didn't meet the criteria." It was devastating for the Petitioner and traumatic for his family.

Mr. Young managed to move past this - he is a patient man, remember, and if he has to do another 3 years or so, well, so be it. He settled in to his "bid" with the naive faith that the BOP will continue to keep him safe from COVID-19.

He was wrong.

The worst case scenario came to pass over Christmas weekend: a severe and sudden outbreak of COVID-19 infected over 100 men (including Young) since then. As the Petitioner will show herein, the staff is deliberately indifferent to such an extent as to make the 8th Amendment proscription against Cruel and unusual punishment illusory.

It is not hyperbole to say that Mr. Young fears for his life. He has an arterial stent that, if it fails, causes him to be rushed to the ER. Considering the well documented effects of COVID-19 on blood flow and the circulatory system, Young could be moments away from a blood clot or a stroke.

The real injustice of the systemic failure here, is

(5)

that he shouldn't even be here. In sum, the Petitioner will argue that his 8th and 14th amendment rights have been violated. In lieu of pursuing an extraordinary writ of habeas corpus pursuant to §2241, Mr. Young asks this Honorable Court to consider granting a compassionate release pursuant to 3582(c) or, in the alternative, a judicial recommendation to the BOP that he be moved to home confinement forthwith.

### ARGUMENTS

I. The Request for Compassionate Release Submitted By the Petitioner on 1/12/21 is sufficient to Trigger the 30 day clock Contained in §3582(c)

The Petitioner's argument is based on Compassionate Release, as per 28 C.F.R. 571.51, 18 U.S.C. 4205(g) and 18 U.S.C. §3582. These Statutes set the rule that thirty days after a prisoner has submitted a request to the Bureau of Prisons, "a Court may reduce the term of imprisonment after finding that 'extraordinary and compelling reasons' warrant such a reduction" and "Such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." United States v. Ebbers, 2020 WL 91379 at *4, 102-CR-1144 (ECF. No. 384)(S.D.N.Y. Jan. 8, 2020). In making

⑥

a decision, a Court must also consider "the sentencing factors set forth in 3553(a) to the extent they are applicable") U.S.C. §3582(c)(1)(A).

After contracting COVID-19, and being locked into a single-room, barracks-style cell with dozens of other COVID-19 positive men, the Petitioner began to seek compassionate release in earnest. It has now been 30 days without response from the BOP, thus this matter is ripe for judicial review.

## II  Young's 8th Amendment Right Against Cruel and Unusual Punishment Has Been Violated

On 12/14/2020, Inmate Stephen Chalker was sent out to Larkin Hospital for an out-patient procedure. He was returned to general population without a period of quarantine or a COVID-19 test.

On 12/20/2020, Inmate David Colletti presented to Miami FPC medical staff with flu-like symptoms. He was dismissed by the nurse and returned to general population without a period of quarantine or a COVID-19 test.

During the long Christmas weekend (12/25/20 - 12/27/20),

⑦

Many of the inmates housed in "Unit J 1/2" complained of Flu-like symptoms. Of note - this is the same Unit that Chalker, Colletti and Young live in, all feet away from each other.

On the afternoon of 12/28/2020, staff finally started to test inmates for COVID-19. Of the 56 men assigned to the dorm, Unit Counselor Nicholas admitted that "over 30" tested positive.

On the evening of 12/28/2020, the inmates of J 1/2 were locked down. Positive men, negative men and even those who weren't even tested yet were trapped overnight in a veritable viral incubator.

On the morning of 12/29/20, Warden Jenkins, Captain Sookdeo and Unit Secretary Calderon conducted a "town-hall" meeting for the inmates of Unit J 1/2. They were told that they were positive for COVID-19; they would be sequestered for at least two weeks without fresh air, sunlight, email access; with limited commissary and limited phone access.

When the gathered men informed the Warden that positives, negatives and untested were all locked in together, he was visibly surprised and upset.

⑧

It is incongruous that Jenkins' staff should have been so ill-prepared (it took a week just to get hand soap or basic cleaning supplies) because this was coming for 10 months. Indeed, warden Jenkins himself admitted to the men of J½ "it was not a question of if this was going to happen, but when it was going to happen."

If that is so, Warden Jenkins, then where was your cogent and actionable plan? Why was there haphazard testing and a constant shifting of inmates from one unit to another? There should have been, the petitioner contends, a concrete protocol that snapped into place once that first inmate complained of flu-like symptoms.

The staff of Miami Federal Prison camp are now making matters worse by squeezing more and more men into one room. As of the drafting of this motion, there are over 100 sick men, stacked on top of each other and less then 3 feet adjacent in 2 rooms. This is inhumane by any standard. Petitioner contends it is cruel and unusual punishment. The Supreme Court, it turns out, agrees.

In Hutto v. Finney, 437 U.S. 678 (1978)

⑨

the highest Court in the land Sanctioned a Lower Court's finding that "prisoners..... crowded into a small cell after being exposed, inter alia, to 'infectious diseases' constitutes cruel and unusual punishment in violation of the 8th Amendment." Id at 682-685.

Octavios Young is no Constitutional Scholar (indeed, he is not even an attorney) but the comparison between Hutto and the case at bar could not be plainer on it's face.

The Staff of Miami FPC has deprived Mr. Young of his 8th Amendment right against cruel and unusual punishment. Short of pursuing a writ of habeas corpus, Young is asking this Honorable Court for a reduction in sentence or, at the very least, for a recommendation for transfer to home confinement.

III   Young's 14th amendment right to Equal Protection Has Been Violated by the BOP's Inconsistency in Acting on the CARES Act and AG Barr's Memoranda

As part of the Coronavirus Aid, Relief

$(10)$

and Economic Security Act ("CARES Act"), Congress allowed the BOP to expand the use of home confinement under §3624(c)(2), suspending the limitation provided in 18 U.S.C. §3624(c)(2). See Pub. L. No. 116-36, §12003(b)(2). More specifically, the CARES Act provided the Attorney General with the authority to declare that emergency conditions will materially affect the functioning of the BOP and authorize the BOP to "lengthen the maximum amount of time... to place a prisoner in home confinement under the first sentence of section 3624(c)(2) of title 18, United States Code." CARES Act, §12003(b)(2).

On March 26th and April 3rd, 2020, United States Attorney General William Barr exercised his authority thereunder to issue directives to BOP to expand the use of home confinement among at-risk inmates to mitigate the spread of COVID-19 among prisoners and prison staff. In his first letter, the A.G. Barr directed BOP "to prioritize the use of [its] various statutory authorities to grant home confinement for inmates seeking transfer in connection with the ongoing COVID-19 pandemic ... home confinement might be more effective in protecting their health."

Despite the obvious intents of Congress and

A.G Barrs clear direction, the BOP failed to decarcerate effectively, expediently or consistently.

It is settled that the "Equal protection clause of the Fourteenth Amendment..... is essentially a direction that all persons Similarly situated should be treated alike." City of Cleburne, TX v. Cleburne Living Center, 473 U.S. 432, 439 (1985). And, in Lopez v. Davis, 531 U.S. 20 (2001), the Supreme Court reasoned that, when the BOP has the discretion to exclude inmates from consideration for early release, a categorical approach should be favored, given that a case-by-case approach "could invite favoritism, disunity and inconsistency." The Due Process Clause "is a rational continuum which .... includes a freedom from all substantially arbitrary impositions and purposeless restraints ....." Poe v. Ullman, 367 U.S. 497, 543, 81 S.Ct. 1752, 1777 (1961).

Clearly, the staff utilized a continuously changing set of criteria when acting on the CARES Act. It is fundamentally unfair that men with the same exact charge, and longer sentences, were sent home, and Young is still here and now has COVID-19.

(12)

And it is yet another Constitutional right the Petitioner has been deprived of. Again, Young is forgoing pursuit of a writ of habeas corpus in the hope that this Honorable Court grant him compassionate release, or, at the very least, Recommend the BOP move him to home confinement forth with.

IV Young's Arterial Stent, his COVID-19 Infection, and the Conditions of His Confinement Constitute Extraordinary and Compelling Reasons Warranting a Reduction in Sentence.

In one case involving a former inmate of Miami FPC, Scott Ginsberg, Judge Kennelly of the Northern District of Illinois granted him compassionate release even as the Warden was in the process of denying him home confinement due to a minor disciplinary infraction, the Court released Ginsberg despite strong opposition from the government. Kennelly specifically remarked that the risk to Ginsberg was heightened because the unique housing arrangements at Miami FPC involve dozens of inmates living together in one room using closely adjacent bunk beds. The Court explained:

"The next question is whether there

13

V Should the Court Choose Not To
Grant Compassionate Release, It
May Issue a Recommendation To
the BOP For Transfer to Home Confinement

Should this Honorable Court Choose Not To
Grant the Petitioner relief under §§ 3582(c) it
May issue a judicial recommendation that the
BOP transfer him to home confinement pursuant
to §§ 3621 and the expanded authority outlined in
the CARES Act.

Statute 18 U.S.C. §§ 3621(b) States:

An individual sentenced to a period of Federal
imprisonment is committed to the custody of
the BOP under §§ 3621(a). Once the individual
has been committed, the BOP has discretionary
authority both in determing the individual's
initial placement and in directing the transfer
of the prisoner from one penal or correctional
facility to another.
. . .

In determining such placements and
transfers, the BOP must consider the

(15)

Following Five Factors: (1) the resources of the facility contemplated; (2) the nature and circumstances of the offense; (3) the history and characteristics of the prisoner; (4) any statement made by the Court that imposed the sentence (emphasis added); and (5) any pertinent policy statement issued by the Sentencing Commission pursuant to section 994(a)(2) of Title 28, 18 U.S.C. § 3621(b).

The Law is clear. The Sentencing Court does have jurisdiction to make 'Statements' regarding recommendations for halfway house placement and placement in home confinement.

Multiple Courts have made a judicial recommendation to the BOP following a prisoner's motion for release to home confinement as a result of COVID-19. In pertinent Fact, Judge Ursula Ungaro of the 11th Circuit, granted such in the case of The United States v. Javier Estepa.

Another former inmate of Miami FPC, Lewis Stahl, was released home after the Court

out of the Southern District of New York "strenuously urged the BoP to consider temporarily releasing defendant pursuant to §3622(a) 'until the threat of COVID-19 has passed.'" United States v. Stahl, 2020 WL 1819986 at *1-2 (S.D.N.Y. Apr. 10, 2020). See also United States v. Engleson, No. 13-CR-240-3 (RSS), 2020 WL 1821797 at *1 (S.D.N.Y. Apr. 10, 2020) and United States v. Doshi, No. 13-20349, ECF No. 145 (E.D. Mich. Mar 31, 2020)

## Conclusion and Prayer for Relief

Octavius Young should not be infected with COVID-19. Indeed, he should not still be here at all. He has rehabilitated himself over 8 and 1/2 years and is ready to return home a more mature and humble man. This Court has the power to potentially save a man's life; respectfully, it should do so.

WHEREFORE Movant Young prays:

① his sentence be reduced to time served; or
② the Court issue a Judicial Recommendation that Young be transferred to home Confinement; and
③ any other relief as this Court should deem fair and equitable.



Respectfully Submitted and Signed

this <u>February</u> day of ___04___ , 2021.


_Octavius Young_
Octavius Young, Pro se

(18)

EXHIBITS
- TEAMING SHEET
- Computation Sheet
- Medical Records



## Individualized Needs Plan - Program Review   (File copy)

SEQUENCE: 01777046
Team Date: 08-31-2020

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: YOUNG, OCTAVIUS   98346-004



Facility: **MIA MIAMI FCI**
Name: **YOUNG, OCTAVIUS**
Register No.: **98346-004**
Age: **36**
Date of Birth: **05-10-1984**
Proj. Rel. Date: **04-23-2025**
Proj. Rel. Method: **GCT REL**

DNA Status:   MIM08793 / 08-06-2012
CIMS Status:   NO
CIMS Reconciled:   N/A

### Contact Information

**Release contact & address**
Myesha  Ashley, WIFE
280 NE 3rd Ave unit 102, Florida City, FL 33034 US

phone (home) : (786) 339-8034

**Emergency contact #1**
Justine  Young Bailey, MOTHER
1830 NW 51St Terrace, Miami, FL 33127 US

phone (home) : 786-879-3902

**Inmate is subject to 18 U.S.C. 4042(B) Notification:**                    **Yes**

CURRENT CONVICTION FOR A CRIME OF VIOLENCE

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:**          **N/A**

### Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18:922(G)(1)&924(E)(1) CONVICTED FELON IN POSSESSION OF FIREARM & AMMUNITION-CT1 | 180 MONTHS |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 06-12-2017 |
| CV-COM REF | COVID COMMUNITY REFERRAL | 07-24-2020 |
| DEPEND Y | DEPENDENTS UNDER 21 - YES | 05-12-2018 |
| PHOTO ID N | PHOTO ID - NO | 06-06-2017 |
| RPP PART | RELEASE PREP PGM PARTICIPATES | 01-28-2013 |
| SSN CARD Y | SOCIAL SECURITY CARD - YES | 08-20-2017 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 06-06-2017 |
| VETERAN N | VETERAN - NO | 06-06-2017 |
| V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 07-24-2020 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 12-31-2012 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | CMP DIN PM | CAMP DINING ROOM PM | 08-17-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIA | ESL HAS | ENGLISH PROFICIENT | 01-28-2013 |
| MIA | GED EARNED | GED EARNED IN BOP | 03-09-2016 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIA SCP | C | MENS HEALTH | 07-11-2019 | 08-15-2019 |
| MIA SCP | C | CAMP HEART | 07-11-2019 | 08-15-2019 |
| MIA SCP | C | CMP JUMP | 11-16-2017 | 12-20-2017 |
| MIA SCP | C | CALISTHENICS | 12-14-2017 | 12-26-2017 |
| MIA SCP | C | CMP NUTRITION THUR 2-3 PM | 11-07-2017 | 12-12-2017 |
| MIA SCP | C | AIDS AWARENESS | 06-16-2016 | 06-16-2016 |
| MIA | C | MCEWAN'S 12PM ENGLISH GED CLS | 09-14-2015 | 03-09-2016 |
| MIA | W | COMMERCIAL DL MON/THURS 6-8PM | 07-27-2015 | 10-29-2015 |



## Individualized Needs Plan - Program Review     (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: YOUNG, OCTAVIUS   98346-004

SEQUENCE: 01777046
Team Date: 08-31-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIA | C | AIDS AWARENESS | 06-03-2015 | 06-03-2015 |
| MIA | W | GED MON - FRI 12:30 -2PM | 01-28-2013 | 07-01-2014 |
| MIA | C | MONEY SMART COURSE | 09-10-2013 | 11-26-2013 |
| MIA | C | ANGER MANAGEMENT CLASS | 04-29-2013 | 08-05-2013 |
| MIA | C | AIDS AWARENESS | 01-23-2013 | 01-28-2013 |
| MIA | C | AIDS AWARENESS | 01-23-2013 | 01-23-2013 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| MIA SCP | A-DES | OTHER AUTH ABSENCE RETURN | 09-19-2017 | CURRENT |
| MIA SCP | A-DES | TRANSFER RECEIVED | 05-28-2015 | 09-18-2017 |
| MIA | A-DES | TRANSFER RECEIVED | 07-24-2014 | 07-24-2014 |
| MIA | A-DES | US DISTRICT COURT COMMITMENT | 01-17-2013 | 07-23-2014 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-10-2013 |
| CARE2 | STABLE, CHRONIC CARE | 01-02-2013 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-08-2012 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-01-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-01-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 05-23-2013 |
| ED DECL V | DRUG EDUCATION DECLINE-VOL | 06-25-2013 |
| ED NONE | DRUG EDUCATION NONE | 01-18-2013 |

### FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:    COMPLT    FINANC RESP-COMPLETED    Start: 07-14-2013**

| Inmate Decision: | **AGREED** | **$50.00** | Frequency: **MONTHLY** |
|---|---|---|---|
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$0.00** |

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

#### Payment Details

| Trust Fund Deposits - Past 6 months: | $2,345.00 | Payments commensurate ?   Y |
|---|---|---|
| New Payment Plan: | \*\* No data \*\* | |

### Progress since last review

Though the COVID-19 pandemic lockdown affected the time frame designated for the previous recommendation for inmate to enroll in and complete an educational/vocational course by December 2020, three plus months lapsed with the system reflecting no completed or enrolled courses.

### Next Program Review Goals



## Individualized Needs Plan - Program Review    (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: YOUNG, OCTAVIUS  98346-004

SEQUENCE: 01777046
Team Date: 08-31-2020

Upon returning to normal operations, enroll in and complete the Money Smart course of your choice by December 20, 2020.

### Long Term Goals

Card, Birth Certificate, Have one of three forms of identification for release, Social Security etc..

### RRC/HC Placement

Recommended Placement on date 07-29-2020.

### Comments

407/408 reviewed and current.
Judicial Recommendations: No.
He has request a transfer to the Cadre Unit in OKL.

```
   MIAC4   540*23 *           SENTENCE MONITORING        *      01-13-2021
   PAGE 001         *          COMPUTATION DATA          *      07:28:56
                                AS OF 01-13-2021

REGNO..: 98346-004 NAME: YOUNG, OCTAVIUS


FBI NO...........: 479094NB7        DATE OF BIRTH: 05-10-1984  AGE:  36
ARS1.............: MIA/A-DES
UNIT.............: CAMP J           QUARTERS.....: J01-012L
DETAINERS........: NO               NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 10-23-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-23-2025 VIA GCT REL


--------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:12-20544-CR-MORENO
JUDGE..........................: MORENO
DATE SENTENCED/PROBATION IMPOSED: 12-12-2012
DATE COMMITTED..................: 01-17-2013
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00         $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

 REMARKS.......: 1:12-20544-CR-MORENO-1

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 137     18:922(G) FIREARMS,3 PRI CNV
OFF/CHG: 18:922(G)(1)&924(E)(1) CONVICTED FELON IN POSSESSION OF
         FIREARM & AMMUNITION-CT1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  180 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 DATE OF OFFENSE................: 12-26-2011




G0002       MORE PAGES TO FOLLOW . . .
```

```
   MIAC4   540*23  *           SENTENCE MONITORING        *      01-13-2021
PAGE 002           *           COMPUTATION DATA           *      07:28:56
                               AS OF 01-13-2021

  REGNO..: 98346-004 NAME: YOUNG, OCTAVIUS



  ------------------------CURRENT COMPUTATION NO: 010 --------------------------


  COMPUTATION 010 WAS LAST UPDATED ON 03-04-2020 AT DSC AUTOMATICALLY
  COMPUTATION CERTIFIED ON 04-03-2013 BY DESIG/SENTENCE COMPUTATION CTR

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  CURRENT COMPUTATION 010: 010 010

  DATE COMPUTATION BEGAN..........: 12-12-2012
  TOTAL TERM IN EFFECT............:   180 MONTHS
  TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS
  EARLIEST DATE OF OFFENSE........: 12-26-2011

  JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                       12-26-2011     12-26-2011
                                       01-09-2012     01-09-2012
                                       02-17-2012     02-18-2012
                                       02-25-2012     03-09-2012
                                       07-31-2012     12-11-2012

  TOTAL PRIOR CREDIT TIME.........: 152
  TOTAL INOPERATIVE TIME..........: 0
  TOTAL GCT EARNED AND PROJECTED..: 810
  TOTAL GCT EARNED................: 432
  STATUTORY RELEASE DATE PROJECTED: 04-23-2025
  ELDERLY OFFENDER TWO THIRDS DATE: 07-13-2022
  EXPIRATION FULL TERM DATE.......: 07-12-2027
  TIME SERVED.....................:     8 YEARS     6 MONTHS      1 DAYS
  PERCENTAGE OF FULL TERM SERVED..: 56.7
  PERCENT OF STATUTORY TERM SERVED: 66.5




  G0002        MORE PAGES TO FOLLOW . . .
```

```
   MIAC4  540*23 *          SENTENCE MONITORING        *      01-13-2021
PAGE 003 OF 003 *          COMPUTATION DATA           *      07:28:56
                           AS OF 01-13-2021
```

REGNO..: 98346-004 NAME: YOUNG, OCTAVIUS


PROJECTED SATISFACTION DATE.....: 04-23-2025
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 03-04-20 FSA UPDT L/SLD


G0000        TRANSACTION SUCCESSFULLY COMPLETED

**Terminated Counts**                                                 Disposition

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                        Disposition

None

---

**Plaintiff**

USA                                              represented by **Ignacio Jesus Vazquez , Jr.**
                                                                United States Attorney's Office
                                                                Miami Special Prosecutions Section
                                                                99 Northeast 4th Street, Room 806
                                                                Miami, FL 33132
                                                                305-961-9318
                                                                Fax: 305-536-4699
                                                                Email: ignacio.vazquez@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Karen E Moore**
                                                                United States Attorney's Office
                                                                99 NE 4 Street
                                                                7th Floor
                                                                Miami, FL 33132
                                                                305-961-9030
                                                                Fax: 536-4089
                                                                Email: karen.moore@usdoj.gov
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Timothy J. Abraham**
                                                                UNITED STATES ATTORNEYS OFFICE
                                                                99 N.E. 4th Street
                                                                7th Floor
                                                                Miami, FL 33132
                                                                305-961-9438
                                                                Fax: 305-536-7599
                                                                Email: Timothy.Abraham2@usdoj.gov
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2012 | 1 | INDICTMENT as to Octavius Young (1) count(s) 1. (sl) (Entered: 07/23/2012) |
| 07/23/2012 | | SYSTEM ENTRY - Docket Entry 2 restricted/sealed until further notice. (sl) (Entered: 07/23/2012) |
| 07/26/2012 | 3 | ORDER Transferring to Fugitive Status as to Octavius Young Signed by Chief Judge Federico A. Moreno on 7/26/2012. (sc) (Entered: 07/27/2012) |
| 08/06/2012 | | Arrest of Octavius Young (gm1) (Entered: 08/07/2012) |
| 08/07/2012 | 4 | Report Commencing Criminal Action as to Octavius Young - YOB: **/**/1984 Prisoner #: 98346-004 (gm1) (Entered: 08/07/2012) |
| 08/07/2012 | 5 | Minute Order for proceedings held before Magistrate Judge John J. O'Sullivan: Arraignment as to Octavius Young (1) Count 1 held on 8/7/2012. Initial Appearance as to Octavius Young held on 8/7/2012. AFPD appointed. ( Detention Hearing set for 8/9/2012 10:00 AM in Miami Division before MIA Duty Magistrate.). (Digital 13:55:19.) Signed by Magistrate Judge John J. O'Sullivan on 8/7/2012. (gm1) (Entered: 08/07/2012) |
| 08/07/2012 | 6 | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts Octavius Young (1) Count 1. Court accepts plea. Arraignment held on 8/8/2012 before Magistrate Judge John J. O'Sullivan. (dj) Modified on 8/8/2012 (dj). (Entered: 08/08/2012) |
| 08/07/2012 | 7 | STANDING DISCOVERY ORDER as to Octavius Young. All motions concerning matters not covered by this order must be filed within 28 days of this order Signed by Magistrate Judge John J. O'Sullivan on 8/7/2012. (dj) (Entered: 08/08/2012) |
| 08/08/2012 | 8 | Invocation of Right to Silence and Counsel by Octavius Young (Randall, Samuel) (Entered: 08/08/2012) |
| 08/09/2012 | 9 | Minute Entry for proceedings held before Magistrate Judge John J. O'Sullivan: Detention Hearing as to Octavius Young held on 8/9/2012 Witness Freddy Quintero-Miami Police Department testified. Defendant Detained. (Digital 10:46:47.) (jcy) (Entered: 08/09/2012) |
| 08/09/2012 | 10 | ORDER OF DETENTION as to Octavius Young. Signed by Magistrate Judge John J. O'Sullivan on 8/9/2012. (mkr) (Entered: 08/09/2012) |
| 08/13/2012 | 11 | RESPONSE to Standing Discovery Order by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 08/13/2012) |
| 08/13/2012 | 12 | SCHEDULING ORDER as to Octavius Young Calendar Call set for 9/4/2012 02:00 PM in Miami Division before Chief Judge Federico A. Moreno. Jury Trial set for 9/10/2012 09:00 AM in Miami Division before Chief Judge Federico A. Moreno. Signed by Chief Judge Federico A. Moreno on 8/12/2012. (sc) (Entered: 08/13/2012) |
| 08/13/2012 | 13 | Notice of Assignment of Assistant Federal Public Defender as to Octavius Young. Attorney Kashyap Pramod Patel added. Attorney Noticing FPD-MIA terminated. (Patel, Kashyap) (Entered: 08/13/2012) |

| 08/16/2012 | 14 | ORDER RESCHEDULING CALENDAR CALL as to Octavius Young, ( Calendar Call REset for 9/10/2012 10:00 AM in Miami Division before Chief Judge Federico A. Moreno.) Signed by Chief Judge Federico A. Moreno on 8/16/2012. (sc) (Entered: 08/17/2012) |
| 08/17/2012 | 15 | Supplemental RESPONSE to Standing Discovery Order by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 08/17/2012) |
| 08/30/2012 | 16 | TRANSCRIPT of Pretrial Detention Hearing as to Octavius Young held on 08-09-12 before Magistrate Judge John J. O'Sullivan, 1-13 pages, Court Reporter: Carl Schanzleh, 954-769-5488 / Carl_Schanzleh@flsd.uscourts.gov. (Digital 10:46:47.) Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/24/2012. Redacted Transcript Deadline set for 10/4/2012. Release of Transcript Restriction set for 12/3/2012. (cs) (Entered: 08/30/2012) |
| 09/04/2012 | 17 | MOTION to Continue Trial by Octavius Young. Responses due by 9/21/2012 (Patel, Kashyap) (Entered: 09/04/2012) |
| 09/07/2012 | 18 | EXHIBIT LIST by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 19 | Witness List by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 20 | Proposed Jury Instructions by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 21 | Proposed Voir Dire Questions by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 22 | NOTICE *NOTICE OF EXPERT TESTIMONY (Julie Wan Young)* by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 23 | NOTICE *OF EXPERT TESTIMONY (Rupert Butcher)* by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 24 | NOTICE *OF EXPERT TESTIMONY (Jason Stankiewicz)* by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 25 | NOTICE *OF EXPERT TESTIMONY (Victor Morillo)* by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/07/2012 | 26 | NOTICE *OF EXPERT TESTIMONY (Deborah Escobedo)* by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/07/2012) |
| 09/10/2012 | 27 | Minute Entry for proceedings held before Chief Judge Federico A. Moreno: Calendar Call as to Octavius Young held on 9/10/2012. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov (sc) (Entered: 09/11/2012) |
| 09/10/2012 | 28 | ORDER TO CONTINUE - Ends of Justice as to Octavius Young Time excluded from 09/10/12 until 10/09/12. ( Calendar Call set for 10/2/2012 02:00 PM in Miami Division before Chief Judge Federico A. Moreno., Jury Trial set for 10/9/2012 09:00 AM in Miami Division before Chief Judge Federico A. Moreno.) Signed by Chief Judge Federico A. Moreno on 9/10/2012. (sc) (Entered: 09/11/2012) |
| 09/12/2012 | 29 | Supplemental RESPONSE to Standing Discovery Order by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/12/2012) |
| 09/25/2012 | 30 | NOTICE *OF INTENT TO USE RULE 404(b)* by USA as to Octavius Young (Vazquez, Ignacio) (Entered: 09/25/2012) |
| 09/25/2012 | 31 | NOTICE of Intent to Use Evidence by USA as to Octavius Young. See image at DE 30 (lk) (Entered: 09/26/2012) |
| 09/26/2012 | 32 | Clerks Notice to Filer re 30 Notice (Other). **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#31]. It is not necessary to refile this document. (lk) (Entered: 09/26/2012) |
| 09/28/2012 | 33 | Arrest Warrant returned executed on 8/6/12 as to Octavius Young re 2 Arrest Warrant Issued (lk) (Entered: 09/28/2012) |
| 10/02/2012 | 34 | Minute Entry for proceedings held before Chief Judge Federico A. Moreno: Calendar Call as to Octavius Young held on 10/2/2012. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov (sc) (Entered: 10/03/2012) |
| 10/02/2012 | 35 | NOTICE OF HEARING as to Octavius Young Change of Plea Hearing set for 10/9/2012 03:00 PM in Miami Division before Chief Judge Federico A. Moreno. (sc) (Entered: 10/03/2012) |
| 10/09/2012 | 36 | Minute Entry for proceedings held before Chief Judge Federico A. Moreno: Change of Plea Hearing as to Octavius Young held on 10/9/2012 Octavius Young (1) Guilty Count 1.. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov (sc) (Entered: 10/10/2012) |
| 10/09/2012 | 37 | FACTUAL PROFFER STATEMENT as to Octavius Young (sc) (Entered: 10/10/2012) |
| 10/09/2012 | 38 | PLEA AGREEMENT as to Octavius Young (sc) (Entered: 10/10/2012) |
| 10/09/2012 | 39 | NOTICE/ORDER OF SENTENCING as to Octavius Young Sentencing set for 12/12/2012 10:00 AM in Miami Division before Chief Judge Federico A. Moreno. (sc) (Entered: 10/10/2012) |
| 10/18/2012 | 40 | Notice of Presentence Investigation Assignment of Octavius Young to US Probation Officer Danielle Sylvester-Pierre in the Miami Wilkie D. Ferguson, Jr. U.S. Courthouse and she can be contacted at (305)523-5470 or Danielle_Sylvester-Pierre@flsp.uscourts.gov. (lrn) (Entered: 10/18/2012) |
| 11/16/2012 | 41 | MOTION for Forfeiture of Property *Preliminary Order* by USA as to Octavius Young. Responses due by 12/3/2012 (Attachments: # 1 Text of Proposed Order Preliminary Order)(Moore, Karen) (Entered: 11/16/2012) |
| 11/19/2012 | 42 | ORDER granting 41 Motion for Forfeiture of Property as to Octavius Young (1) Signed by Chief Judge Federico A. Moreno on 11/19/2012. (sc) (Entered: 11/20/2012) |
| 12/12/2012 | 43 | Minute Entry for proceedings held before Chief Judge Federico A. Moreno: Sentencing held on 12/12/2012 as to Octavius Young. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov (sc) (Entered: 12/12/2012) |
| 12/12/2012 | 44 | JUDGMENT as to Octavius Young (1), Count(s) 1, 180 months imprisonment followed by 5 years supervised release Assessment: $100.00 Signed by Chief Judge Federico A. Moreno on 12/12/2012. (sc) (Entered: 12/13/2012) |
| 01/11/2013 | 45 | SERVICE (Proof) by Publication by USA as to Octavius Young Last Publication date 1/2/2013. Claims/Positions/Written Defenses/Answers/etc., due by 2/4/2013. (Moore, Karen) (Entered: 01/11/2013) |
| 01/24/2013 | 46 | Acknowledgment of Service on 12/12/12 by USA as to Octavius Young re 42 ORDER granting 41 Motion for Forfeiture of Property as to Octavius Young (1) Signed by Chief Judge Federico A. Moreno on 11/19/2012. (sc) Weapons (Moore, Karen) (Entered: 01/24/2013) |
| 01/31/2013 | 47 | MOTION for Forfeiture of Property *Final Order of Forf.* by USA as to Octavius Young. Responses due by 2/19/2013 (Attachments: # 1 Text of Proposed Order Final Order)(Moore, Karen) (Entered: 01/31/2013) |
| 02/05/2013 | 48 | ORDER granting 47 Motion for Forfeiture of Property as to Octavius Young (1) Signed by Chief Judge Federico A. Moreno on 2/5/2013. (sc) (Entered: 02/06/2013) |

2255,AOR

## U.S. District Court
### Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:12-cr-20544-FAM All Defendants
### Internal Use Only

Case title: USA v. Young

Date Filed: 07/23/2012
Date Terminated: 12/12/2012

Assigned to: Chief Judge Federico A. Moreno

Appeals court case number: 15-10996-E

### Defendant (1)

**Octavius Young**
*YOB: 1984; English*
*TERMINATED: 12 12 2012*

represented by **Octavius Young**
98346-004
Miami FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 779800
Miami, FL 33177
PRO SE

**Joaquin E. Padilla**
Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, FL 33130
305-530-7000
Fax: 305-536-4559
Email: joaquin_padilla@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Kashyap Pramod Patel**
Federal Public Defender's Office
150 W Flagler Street
Suite 1700
Miami, FL 33130
305-530-7000
Fax: 305-536-4559
Email: kashyap_patel@fd.org
*TERMINATED: 01 13 2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Paul Maury Korchin**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556
305-536-6900
Fax: 530-7120
Email: Paul_Korchin@fd.org
*TERMINATED: 02 13 2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noticing FPD-MIA**
Email: MIA_ECF@FD.org
*TERMINATED: 08 13 2012*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

### Pending Counts

POSSESSION OF FIREARM BY CONVICTED FELON 18:922G.F
(1)

### Highest Offense Level (Opening)

Felony

### Disposition

AMENDED: Imprisonment 180 months; Supervised Release 60 months _____ PRIOR JUDGMENT: 180 months imprisonment followed by 5 years supervised release; Assessment $100.00

4/30/2018, 11:21 AM

| | | |
|---|---|---|
| 12/05/2013 | 49 | Motion to Vacate under 28 U.S.C. 2255 by Octavius Young (civil case number 13-24386-CIV-MORENO/WHITE.) All further docketing related to the motion to vacate is to be done in the civil case. (jc) (Entered: 12/09/2013) |
| 10/01/2014 | 50 | TRANSCRIPT of Plea Colloquy as to Octavius Young held on 10-09-12 before Judge Federico A. Moreno, 1-32 pages, Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/27/2014. Redacted Transcript Deadline set for 11/6/2014. Release of Transcript Restriction set for 1/2/2015. (gpz) (Entered: 10/01/2014) |
| 10/01/2014 | 51 | TRANSCRIPT of Sentencing Proceedings as to Octavius Young held on 12-12-12 before Judge Federico A. Moreno, 1-11 pages, Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/27/2014. Redacted Transcript Deadline set for 11/6/2014. Release of Transcript Restriction set for 1/2/2015. (gpz) (Entered: 10/01/2014) |
| 01/13/2015 | 52 | Notice of Assignment of Assistant Federal Public Defender as to Octavius Young. Attorney Paul Maury Korchin added. Attorney Kashyap Pramod Patel terminated.. Attorney Paul Maury Korchin added to party Octavius Young(pty:dft). (Korchin, Paul) (Entered: 01/13/2015) |
| 01/26/2015 | 53 | NOTICE OF SENTENCING HEARING as to Octavius Young. Re-Sentencing SET for 2/5/2015 09:30 AM in Miami Division before Judge Federico A. Moreno. (sc) (Entered: 01/26/2015) |
| 02/05/2015 | 55 | Minute Entry for proceedings held before Judge Federico A. Moreno: Sentencing held on 2/5/2015 as to Octavius Young. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov (sc) (Entered: 02/06/2015) |
| 02/05/2015 | 56 | NOTICE OF SENTENCING HEARING as to Octavius Young. Sentencing REset for 2/24/2015 09:15 AM in Miami Division before Judge Federico A. Moreno. (sc) (Entered: 02/06/2015) |
| 02/06/2015 | 54 | NOTICE OF ATTORNEY APPEARANCE Timothy J. Abraham appearing for USA. . Attorney Timothy J. Abraham added to party USA(pty:pla). (Abraham, Timothy) (Entered: 02/06/2015) |
| 02/13/2015 | 57 | Notice of Assignment of Assistant Federal Public Defender as to Octavius Young. Attorney Joaquin E. Padilla added. Attorney Paul Maury Korchin terminated.. Attorney Joaquin E. Padilla added to party Octavius Young(pty:dft). (Padilla, Joaquin) (Entered: 02/13/2015) |
| 02/24/2015 | 58 | Minute Entry for proceedings held before Judge Federico A. Moreno: Sentencing held on 2/24/2015 as to Octavius Young. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov (sc) (Entered: 02/25/2015) |
| 02/24/2015 | 59 | AMENDED JUDGMENT as to Octavius Young (1), Count(s) 1, AMENDED: Imprisonment 180 months; Supervised Release 60 months PRIOR JUDGMENT: 180 months imprisonment followed by 5 years supervised release; Assessment $100.00. Signed by Judge Federico A. Moreno on 2/24/2015. (ls) (Entered: 02/26/2015) |
| 03/06/2015 | 60 | NOTICE OF APPEAL by Octavius Young Re: 59 Amended Judgment,. Filing fee $ 505.00.. USA/FPD Filer - No Filing Fee Required. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Padilla, Joaquin) (Entered: 03/06/2015) |
| 03/06/2015 | | Transmission of Notice of Appeal and Docket Sheet as to Octavius Young to US Court of Appeals re 60 Notice of Appeal - Final Judgment, Notice has been electronically mailed. (hh) (Entered: 03/06/2015) |
| 03/12/2015 | 61 | Acknowledgment of Receipt of NOA from USCA as to Octavius Young re 60 Notice of Appeal - Final Judgment, date received by USCA: 3/6/15. USCA Case Number: 15-10996-E. (hh) (Entered: 03/12/2015) |
| 03/18/2015 | 62 | TRANSCRIPT INFORMATION FORM as to Octavius Young re 60 Notice of Appeal - Final Judgment, filed by Octavius Young. Sentencing Hearings transcript(s) ordered. Order placed by Joaquin Padilla. Email sent to Court Reporter Coordinator. (Padilla, Joaquin) (Entered: 03/18/2015) |
| 03/31/2015 | 63 | COURT REPORTER ACKNOWLEDGMENT as to Octavius Young re 60 Notice of Appeal - Final Judgment, 62 Transcript Information Form. Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov. Estimated filing date of transcript 04-17-15. USCA number 15-10996-E. (gpz) (Entered: 03/31/2015) |
| 04/13/2015 | 64 | TRANSCRIPT of Sentencing Proceedings as to Octavius Young held on 02-05-15 before Judge Federico A. Moreno, 1-14 pages, re: 60 Notice of Appeal - Final Judgment, Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov. USCA Case Number: 15-10996-E. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/7/2015. Redacted Transcript Deadline set for 5/18/2015. Release of Transcript Restriction set for 7/16/2015. (gpz) (Entered: 04/13/2015) |
| 04/13/2015 | 65 | TRANSCRIPT of Sentencing Proceedings as to Octavius Young held on 02-24-15 before Judge Federico A. Moreno, 1-15 pages, re: 60 Notice of Appeal - Final Judgment, Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov. USCA Case Number: 15-10996-E. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/7/2015. Redacted Transcript Deadline set for 5/18/2015. Release of Transcript Restriction set for 7/16/2015. (gpz) (Entered: 04/13/2015) |
| 04/13/2015 | 66 | TRANSCRIPT NOTIFICATION as to Octavius Young - Transcript(s) ordered on: 03-18-15 by Joaquin Padilla, AFPD, has/have been filed by Court Reporter: Gilda Pastor-Hernandez, 305-523-5118 / Gilda_Pastor-Hernandez@flsd.uscourts.gov re 63 Court Reporter Acknowledgment, 60 Notice of Appeal - Final Judgment, 62 Transcript Information Form. (gpz) (Entered: 04/13/2015) |
| 07/17/2015 | 67 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 60 Notice of Appeal - Final Judgment, Appeal No. 15-10996-EE. The entire record on appeal is available electronically. (hh) (Entered: 07/17/2015) |
| 07/11/2016 | 68 | MANDATE of USCA (certified copy) AFFIRM Judgment/ Order of the district court with courts opinion as to Octavius Young re 60 Notice of Appeal - Final Judgment, ; Date Issued: 7/11/2016 ; USCA Case Number: 15-10996-EE (amb) (Entered: 07/12/2016) |
| 04/30/2018 | 69 | NOTICE of Inquiry by Octavius Young. Docket Sheet Sent (yha) (Entered: 04/30/2018) |

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member)  Ms. Fahie | DATE: 1-8-2021 |
|---|---|
| FROM: Octavius Young | REGISTER NO.: 98346-004 |
| WORK ASSIGNMENT: | UNIT: 5 1/2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I am requesting my teaming sheet, and computation sheet. I really need these pappers for my Attorney.

Thanks...

(Do not write below this line)

DISPOSITION:

Noted

| Signature Staff Member | Date 1/13/21 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed by FOLDER         **SECTION 6**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | YOUNG, OCTAVIUS | | | Reg #: | 98346-004 |
| Date of Birth: | 05/10/1984 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 01/06/2021 14:47 | Provider: | Paul, Wilene FNP | Unit: | J03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   1         Provider:   Paul, Wilene FNP
       Patient tested by RN for COVID via rapid abbot with result of positive/ asymptomatic.
       Patient placed in quarantine.

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Current

**Disposition:**

   Placed in Quarantine

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Paul, Wilene FNP on 01/06/2021 14:48

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: YOUNG, OCTAVIUS | | Reg #: 98346-004 |
| Date of Birth: 05/10/1984 | Sex: M  Race: BLACK | Facility: MIA |
| Encounter Date: 12/28/2020 16:51 | Provider: Paul, Wilene FNP | Unit: J01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Paul, Wilene FNP

Chief Complaint:   Other Problem

Subjective:        Inmate at camp J side tested for Covid via rapid testing and tested negative. Reports no symptoms.

**Pain:**            Not Applicable

---

**OBJECTIVE:**

**ASSESSMENT:**

Coronavirus COVID-19 test negative, Z03818-c19 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/28/2020 | Counseling | Access to Care | Paul, Wilene | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Paul, Wilene FNP on 12/28/2020 16:53

# Bureau of Prisons
## Health Services
### Inmate  Report Only (formerly labeled ISDS)

Reg #:  98346-004          Inmate Name:  YOUNG, OCTAVIUS

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance:  Yes

| | |
|---|---|
| Last PPD Date: 03/04/2020 | Induration: 0mm |
| Last Chest X-Ray Date: | Results: |
| TB Treatment: | Sx free for 30 days: Yes |
| TB Follow-up Recommended: No | |

Transfer To:  ISDS only          Transfer Date: 06/27/2020

Health Problems

| Health Problem | Status |
|---|---|
| Unspec disorder of refraction and accommodation | Current |
| Pain in joint, other specified sites | Current |
| Dizziness and giddiness | Current |
| Low back pain | Current |
| Unspecified abdominal pain | Current |
| Condition Not Found, Essentially Healthy | Current |

Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

   None

OTCs:  Listing of all known OTCs this inmate is currently taking.
   None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 04/17/2017 | 00:00 | Sick Call/Triage | Physician 01 |
| 09/22/2017 | 00:00 | Follow-up | Physician 01 |
| 03/04/2021 | 00:00 | PPD Administration | Nurse |

Non-Medication Orders:
   No Data Found

Active Alerts:
   No Data Found

Consultations:

Pending Institutional Clinical Director Action
   No Data Found

Pending UR Committee Action
   No Data Found

Pending Regional Review Action
   No Data Found

Pending Scheduling
   No Data Found

Pending Consultation
   No Data Found

Pending Results
   No Data Found

Reg #:  98346-004                          Inmate Name:  YOUNG, OCTAVIUS

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Sickle Cell:
    Sickle Cell Trait/Disease:    No

Limitations/Restrictions/Diets:
    Cell: lower bunk --- 03/05/2021
    Cleared for Food Service: Yes

Comments:

Allergies
    No Known Allergies

Devices / Equipment
    Eye Glasses
    Eye Glasses

Travel:
    Direct Travel: No
Travel Restrictions:  None
UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution:  MIAMI FCI                    Phone Number: 3052592100
                Address 1:  15801 S.W. 137TH AVENUE
                Address 2:
             City/State/Zip:  MIAMI, Florida 33177

Name/Title of Person Completing Form:  Cavalcanti, Selenia RN                Date:  06/27/2020

Inmate Name:  YOUNG, OCTAVIUS            Reg #:  98346-004   DOB:  05/10/1984   Sex:   M

# Bureau of Prisons
## Health Services
## Allergies

Reg #: 98346-004                          Inmate Name: YOUNG, OCTAVIUS

| Allergy | Date Noted | Reaction |
|---------|-----------|----------|
| No Known Allergies | 08/06/2012 | |

      **Orig Entered:**  08/06/2012 20:01 EST  Varela, Ricardo RN

**Total:** 1

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

**Reg #:** 98346-004          **Inmate Name:** YOUNG, OCTAVIUS

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/28/2020 | Counseling | Access to Care | Verbalizes Understanding | Paul, Wilene |

**Orig Entered:** 12/28/2020 16:53 EST   Paul, Wilene

**Total:** 1

Reg #:  98346-004       Inmate Name:  YOUNG, OCTAVIUS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Unspec disorder of refraction and accommodation | | | | | | |
| 08/12/2013 11:14 EST  Lahorra, M. MLP | III | ICD-9 | 367.9 | 08/12/2013 | Current | 08/12/2013 |
| Pain in joint, other specified sites | | | | | | |
| 06/04/2015 10:39 EST  Alarcon, Inerio MD/CD | III | ICD-9 | 719.48 | 06/04/2015 | Current | 06/04/2015 |
| Dizziness and giddiness | | | | | | |
| 11/19/2013 12:51 EST  Alarcon, Inerio MD/CD | III | ICD-9 | 780.4 | 11/19/2013 | Current | 11/19/2013 |
| Low back pain | | | | | | |
| 04/04/2017 13:45 EST  Alarcon, Inerio MD/CD | | ICD-10 | M545 | 04/04/2017 | Current | |
| Unspecified abdominal pain | | | | | | |
| 09/18/2017 10:44 EST  Alarcon, Inerio MD/CD | | ICD-10 | R109 | 09/18/2017 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 01/06/2021 14:48 EST  Paul, Wilene FNP | | ICD-10 | U07.1 | 01/06/2021 | Current | |
| Condition Not Found, Essentially Healthy | | | | | | |
| 08/24/2012 14:35 EST  Bonnet-Engebretson, Leonor MD | III | ICD-9 | V71.9 | 08/24/2012 | Current | 08/24/2012 |
| Coronavirus COVID-19 test negative | | | | | | |
| 12/28/2020 16:53 EST  Paul, Wilene FNP | | ICD-10 | Z03818- | 12/28/2020 | Current | |
| **Resolved** | | | | | | |
| Spasm of muscle | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 728.85 | 02/11/2015 | Resolved | 04/20/2015 |
| muscle spasm, right forearm 2/11/2015--resolved 4/20/2015. | | | | | | |
| 04/20/2015 15:53 EST  Pangilinan, P. MLP | III | ICD-9 | 728.85 | 02/11/2015 | Resolved | 04/20/2015 |
| muscle spasm, right forearm 2/11/2015--resolved 4/20/2015. | | | | | | |
| 02/11/2015 09:02 EST  Pangilinan, P. MLP | III | ICD-9 | 728.85 | 02/11/2015 | Current | 02/11/2015 |
| muscle spasm, right forearm 2/11/2015 | | | | | | |
| Dental restoration status | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V45.84 | 09/09/2015 | Resolved | 09/09/2015 |

Case 1:12-cr-20544-RS   Document 70   Entered on FLSD Docket 02/09/2021   Page 37 of 58

| | Reg #: 98346-004 | Inmate Name: YOUNG, OCTAVIUS | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Diagnosis: #'s 7,10 yellow-colored crowns to be removed per inmate request for esthetic and reentry purposes. | | | | | | |
| 09/09/2015 14:21 EST  Silva, Alberto DMD | III | ICD-9 | V45.84 | 09/09/2015 | Resolved | 09/09/2015 |
| Diagnosis: #'s 7,10 yellow-colored crowns to be removed per inmate request for esthetic and reentry purposes. | | | | | | |
| HIV counseling | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V65.44 | 09/21/2012 | Resolved | 09/21/2012 |
| HIV prestest counseling | | | | | | |
| 09/21/2012 09:16 EST  Cunningham, Duane NP | III | ICD-9 | V65.44 | 09/21/2012 | Resolved | 09/21/2012 |
| HIV prestest counseling | | | | | | |

**Total:** 11

# Bureau of Prisons
## Health Services
## Vision Screens

| Reg #:  98346-004 | Inmate Name:  YOUNG, OCTAVIUS |
|---|---|

**Vision Screen on** 09/21/2012 08:59

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: 20/40 | OS: 20/40 | OU: 20/40 |
| **Near Vision:** OD: | OS: | OU: |

**With Corrective**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: | OS: | OU: |
| **Near Vision:** OD: | OS: | OU: |

**Present Glasses - Distance**     **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:              L:

**Comments:**

   **Orig Entered:**   09/21/2012 09:14 EST   Cunningham, Duane NP

# Bureau of Prisons
## Health Services
## COVID-19 RNA

| Begin Date: | 01/12/2020 | End Date: | 01/12/2021 |
|---|---|---|---|
| Reg #: | 98346-004 | Inmate Name: | YOUNG, OCTAVIUS |

(Reference Range - Negative)

| Effective Date | COVID-19 RNA | | Provider |
|---|---|---|---|
| 01/06/2021 12:26 MIA | Positive | Asymptomatic | Padron Martinez, Daylin RN |
| **Orig Entered:** | 01/06/2021 12:27 EST | Padron Martinez, Daylin RN | |
| 12/28/2020 14:32 MIA | Negative | Asymptomatic | Funtieo, L. FNP-C |
| **Orig Entered:** | 12/28/2020 14:33 EST | Funtieo, L. FNP-C | |

Total: 2

**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Reg #:   98346-004                                   Inmate Name:   YOUNG, OCTAVIUS

**Housing Status**

___ confined to the living quarters except  ___meals  ___pill line  ___treatments   Exp. Date: _____

___ on complete bed rest:  ___bathroom privileges only                              Exp. Date: _____

**X** cell:  ___cell on first floor  ___single cell  **X** lower bunk  ___airborne infection isolation   Exp. Date:   03/05/2021

___ other: _____   Exp. Date: _____

**Physical Limitation/Restriction**

___ all sports                                                                          Exp. Date: _____

___ weightlifting:  ___upper body  ___lower body                                      Exp. Date: _____

___ cardiovascular exercise:  ___running  ___jogging  ___walking  ___softball          Exp. Date: _____
        ___football  ___basketball  ___handball  ___stationary equipment

___ other: _____   Exp. Date: _____

**May have the following equipment in his / her possession**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 10/11/2018 | | |
| Glasses received today. | | | |
| Eye Glasses | 05/28/2015 | | |

**Work Restriction / Limitation**

Cleared for Food Service:   **Yes** _____

**X** No Restrictions

**Comments:**  N/A

| Dominguez-Rodriguez, Carlos RN | 02/04/2020 |
|---|---|
| Health Services Staff | Date |

Inmate Name: _____ **YOUNG, OCTAVIUS** _____   Reg #: ____ **98346-004** ____  Quarters: ____ **J01** ____

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | YOUNG, OCTAVIUS | | | Reg #: | 98346-004 |
| Date of Birth: | 05/10/1984 | Sex: | M    Race: BLACK | Facility: | MIA |
| Note Date: | 07/31/2018 17:26 | Provider: | Dominguez-Rodriguez, | Unit: | J01 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Dominguez-Rodriguez, Carlos RN
       Inmate was seen by Optometrist on 7/26/18

       IOP
       OD 18 mmHg
       OS 19 mmHg

       Dx:
       Myopia

       Plan:
       Glasses

**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Dominguez-Rodriguez, Carlos RN on 07/31/2018 17:27
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | YOUNG, OCTAVIUS | | | Reg #: | 98346-004 |
|---|---|---|---|---|---|
| Date of Birth: | 05/10/1984 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/31/2018 17:26 | Provider: | Dominguez-Rodriguez, | Facility: | MIA |

**Cosigned by Chipi, Martha MD on 08/01/2018 14:34.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | YOUNG, OCTAVIUS | | Reg #: | 98346-004 |
| Date of Birth: | 05/10/1984 | Sex: M   Race: BLACK | Facility: | MIA |
| Note Date: | 03/31/2018 08:58 | Provider: Dominguez-Rodriguez, | Unit: | J01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Dominguez-Rodriguez, Carlos RN
>
> Inmate requesting be  seen by  Optometrist. Patient  needs new glasses because his glasses get broken.
>
> Visual acuity test:
> With glasses
> OD 20/35
> OS 20/40
> OU 20/35

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Optometry | 04/19/2018 | 04/19/2018 | Routine | No | |

> **Subtype:**
> Optometry
> **Reason for Request:**
> Inmate requesting be  seen by  Optometrist. Patient  needs new glasses because his glasses get broken.
>
> Visual acuity test:
> With glasses
> OD 20/35
> OS 20/40
> OU 20/35

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Dominguez-Rodriguez, Carlos RN on 03/31/2018 09:03
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | YOUNG, OCTAVIUS | | | | Reg #: | 98346-004 |
| Date of Birth: | 05/10/1984 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 03/31/2018 08:58 | Provider: | Dominguez-Rodriguez, | | Facility: | MIA |

**Cosigned by Chipi, Martha MD on 04/02/2018 11:04.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | YOUNG, OCTAVIUS | | | | Reg #: | 98346-004 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/10/1984 | Sex: | M  Race: BLACK | | Facility: | MIA |
| Note Date: | 03/26/2018 07:48 | Provider: | Chipi, Martha MD | | Unit: | J01 |

Cosign Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Chipi, Martha MD

    Requesting lower bunk pass as per RN.
As per initial eval upon arrival at FCI-MIA: patient gave history of multiples GSW and posttraumatic injury on his right leg. He has difficult to run, but he is able to walk and jog with difficult.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 97.2 | 36.2 | | Funtieo, L. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 71 | | | Funtieo, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 15 | Funtieo, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 115/79 | | | | Funtieo, L. RN |

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/26/2018 | Not Done | | Chipi, Martha | No Participation |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 03/26/2018 07:53

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  YOUNG, OCTAVIUS | | | |
| Date of Birth:   05/10/1984 | Sex:       M    Race:  BLACK | Reg #:   98346-004 | |
| Encounter Date:  03/19/2018 12:43 | Provider:  Funtieo, L. RN | Facility:  MIA<br>Unit:      J01 | |

Nursing - Triage Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Funtieo, L. RN

**Chief Complaint:** No Complaint(s)
**Subjective:**   Requesting lower bunk pass
**Pain:**        No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 97.2 | 36.2 | | Funtieo, L. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 71 | | | Funtieo, L. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 15 | Funtieo, L. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/19/2018 | 12:43 MIA | 115/79 | | | | Funtieo, L. RN |

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
PT came to medical requesting lower bunk pass.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/19/2018 | Counseling | Access to Care | Funtieo, L. | Verbalizes Understanding |

Inmate Name:   YOUNG, OCTAVIUS
Date of Birth:   05/10/1984
Encounter Date:  03/19/2018 12:43

Sex:      M    Race:   BLACK
Provider:   Funtieo, L. RN

Reg #:   98346-004
Facility:   MIA
Unit:      J01

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No


Completed by Funtieo, L. RN on 03/25/2018 12:45
Requested to be cosigned by  Chipi, Martha MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | YOUNG, OCTAVIUS | | | Reg #: | 98346-004 |
| Date of Birth: | 05/10/1984 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/19/2018 12:43 | Provider: | Funtieo, L. RN | Facility: | MIA |

**Cosigned with New Encounter Note by Chipi, Martha MD on 03/26/2018 07:48.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: YOUNG, OCTAVIUS | | Reg #: 98346-004 | |
| Date of Birth: 05/10/1984 | Sex: M Race: BLACK | Facility: MIA | |
| Encounter Date: 01/19/2018 11:09 | Provider: Perry, Selenia RN | Unit: J01 | |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Perry, Selenia RN

**Chief Complaint:** Eyes/Vision Problems

**Subjective:** "I need to see an optometrist, and I need some new glasses because my glasses broke. I need to renew my lower bunk pass."

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/19/2018 | 11:10 MIA | 96.9 | 36.1 | Oral | Perry, Selenia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/19/2018 | 11:10 MIA | 78 | Via Machine | | Perry, Selenia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/19/2018 | 11:10 MIA | 122/78 | Left Arm | Sitting | Adult-regular | Perry, Selenia RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/19/2018 | 11:10 MIA | 98 | Room Air | Perry, Selenia RN |

**Exam:**

**General**

  **Affect**

    Yes: Cooperative

  **Appearance**

    Yes: Alert and Oriented x 3

  **Nutrition**

    Yes: Within Normal Limits

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate requesting consult with optometrist, new glasses and renew his lower bunk pass.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | YOUNG, OCTAVIUS | | | |
|---|---|---|---|---|
| Date of Birth: | 05/10/1984 | Sex: M   Race: BLACK | Reg #: 98346-004 | |
| Encounter Date: | 01/19/2018 11:09 | Provider: Perry, Selenia RN | Facility: MIA | |
| | | | Unit: J01 | |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/19/2018 | Counseling | Access to Care | Perry, Selenia | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Perry, Selenia RN on 01/19/2018 11:13
Requested to be cosigned by  Alarcon, Inerio MD/CD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | YOUNG, OCTAVIUS | | | Reg #: | 98346-004 |
|---|---|---|---|---|---|
| Date of Birth: | 05/10/1984 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/19/2018 11:09 | Provider: | Perry, Selenia RN | Facility: | MIA |

**Cosigned by Alarcon, Inerio MD/CD on 01/19/2018 13:58.**

# Bureau of Prisons
## Health Services
### Allergies

| Reg #: 98346-004 | Inmate Name: YOUNG, OCTAVIUS |
|---|---|

| Allergy | Date Noted | Reaction |
|---|---|---|
| No Known Allergies | 08/06/2012 | |

**Orig Entered:** 08/06/2012 20:01 EST   Varela, Ricardo RN

**Total:** 1

# Bureau of Prisons
# Health Services
# Patient Education Assessments & Topics

**Reg #:** 98346-004      **Inmate Name:** YOUNG, OCTAVIUS

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|
| Total: 0 | | | | | |

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 03/26/2018 | Not Done | | No Participation | Chipi, Martha |
| Orig Entered: | 03/26/2018 07:52 EST | Chipi, Martha | | |
| 03/19/2018 | Counseling | Access to Care | Verbalizes Understanding | Funtieo, L. |
| Orig Entered: | 03/25/2018 12:45 EST | Funtieo, L. | | |
| 01/19/2018 | Counseling | Access to Care | Verbalizes Understanding | Cavalcanti, Selenia |
| Orig Entered: | 01/19/2018 11:13 EST | Cavalcanti, Selenia | | |

**Total: 3**

Case 1:12-cr-20544-RS Document 70 Entered on FLSD Docket 02/09/2021 Page 53 of 58

Case 1:12-cr-20544-RS Document 70 Entered on FLSD Docket 02/09/2021 Page 54 of 58

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 98346-004          Inmate Name: YOUNG, OCTAVIUS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Unspec disorder of refraction and accommodation | | | | | | |
| 08/12/2013 11:14 EST  Lahorra, M. MLP | III | ICD-9 | 367.9 | 08/12/2013 | Current | 08/12/2013 |
| Pain in joint, other specified sites | | | | | | |
| 06/04/2015 10:39 EST  Alarcon, Inerio MD/CD | III | ICD-9 | 719.48 | 06/04/2015 | Current | 06/04/2015 |
| Dizziness and giddiness | | | | | | |
| 11/19/2013 12:51 EST  Alarcon, Inerio MD/CD | III | ICD-9 | 780.4 | 11/19/2013 | Current | 11/19/2013 |
| Low back pain | | | | | | |
| 04/04/2017 13:45 EST  Alarcon, Inerio MD/CD | | ICD-10 | M545 | 04/04/2017 | Current | |
| Unspecified abdominal pain | | | | | | |
| 09/18/2017 10:44 EST  Alarcon, Inerio MD/CD | | ICD-10 | R109 | 09/18/2017 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 01/06/2021 14:48 EST  Paul, Wilene FNP | | ICD-10 | U07.1 | 01/06/2021 | Current | |
| Condition Not Found, Essentially Healthy | | | | | | |
| 08/24/2012 14:35 EST  Bonnet-Engebretson, Leonor MD | III | ICD-9 | V71.9 | 08/24/2012 | Current | 08/24/2012 |
| Coronavirus COVID-19 test negative | | | | | | |
| 12/28/2020 16:53 EST  Paul, Wilene FNP | | ICD-10 | Z03818- | 12/28/2020 | Current | |
| **Resolved** | | | | | | |
| Spasm of muscle | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 728.85 | 02/11/2015 | Resolved | 04/20/2015 |
| muscle spasm, right forearm 2/11/2015--resolved 4/20/2015. | | | | | | |
| 04/20/2015 15:53 EST  Pangilinan, P. MLP | III | ICD-9 | 728.85 | 02/11/2015 | Resolved | 04/20/2015 |
| muscle spasm, right forearm 2/11/2015--resolved 4/20/2015. | | | | | | |
| 02/11/2015 09:02 EST  Pangilinan, P. MLP | III | ICD-9 | 728.85 | 02/11/2015 | Current | 02/11/2015 |
| muscle spasm, right forearm 2/11/2015 | | | | | | |
| Dental restoration status | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V45.84 | 09/09/2015 | Resolved | 09/09/2015 |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Diagnosis: #'s 7,10 yellow-colored crowns to be removed per inmate request for esthetic and reentry purposes. | | | | | | |
| 09/09/2015 14:21 EST  Silva, Alberto DMD | III | ICD-9 | V45.84 | 09/09/2015 | Resolved | 09/09/2015 |
| Diagnosis: #'s 7,10 yellow-colored crowns to be removed per inmate request for esthetic and reentry purposes. | | | | | | |
| HIV counseling | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V65.44 | 09/21/2012 | Resolved | 09/21/2012 |
| HIV prestest counseling | | | | | | |
| 09/21/2012 09:16 EST  Cunningham, Duane NP | III | ICD-9 | V65.44 | 09/21/2012 | Resolved | 09/21/2012 |
| HIV prestest counseling | | | | | | |

**Total:** 11

Case 1:12-cr-20544-RS  Document 70  Entered on FLSD Docket 02/09/2021  Page 55 of 58

# Bureau of Prisons
## Health Services
## Vision Screens

| | |
|---|---|
| Reg #:  98346-004 | Inmate Name:  YOUNG, OCTAVIUS |

**Vision Screen on** 09/21/2012 08:59

**Blindness:**

**Distance Vision:** OD: 20/40          OS: 20/40          OU: 20/40

**Near Vision:**    OD:          OS:          OU:

**With Corrective**

**Distance Vision:** OD:          OS:          OU:

**Near Vision:**    OD:          OS:          OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|  | Sphere | Cylinder | Axis | Add |  | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**   R:          L:

**Comments:**

   **Orig Entered:**   09/21/2012 09:14 EST   Cunningham, Duane NP

**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Reg #:  98346-004                    Inmate Name:  YOUNG, OCTAVIUS

**Housing Status**

\_\_ confined to the living quarters except \_\_meals \_\_pill line \_\_treatments    Exp. Date: _____

\_\_ on complete bed rest: \_\_bathroom privileges only    Exp. Date: _____

**X** cell:  \_\_cell on first floor \_\_single cell  **X** lower bunk  \_\_airborne infection isolation    Exp. Date: 03/01/2019

\_\_ other: _____    Exp. Date: _____

**Physical Limitation/Restriction**

\_\_ all sports    Exp. Date: _____

\_\_ weightlifting:  \_\_upper body  \_\_lower body    Exp. Date: _____

\_\_ cardiovascular exercise:  \_\_running \_\_jogging \_\_walking \_\_softball    Exp. Date: _____
\_\_football \_\_basketball \_\_handball \_\_stationary equipment

\_\_ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 05/28/2015 | | |

**Work Restriction / Limitation**

Cleared for Food Service:  **Yes**

**X** No Restrictions

**Comments:**  N/A

| Chipi, Martha MD | 03/26/2018 |
|---|---|
| Health Services Staff | Date |

Inmate Name: _____**YOUNG, OCTAVIUS**_____    Reg #: \_\_**98346-004**\_\_    Quarters: \_\_**J01**\_\_

*ALL EXPIRATION DATES ARE AT 24:00*

Case 1:12-cr-20544-RS Document 70 Entered on FLSD Docket 02/09/2021 Page 58 of 58

Octavius Young #98346-004
Federal Prison Camp
P.O. Box 779800
Miami, FL. 33177



USMS INSPECTED

BY

United States District Court
Southern District of Florida
Office Of The Clerk - Room 8N09
400 North Miami Avenue
Miami FL. 33128 - 7716